FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANCISCO VALENCIA MAGANA, JR., <br><br> Plaintiff, <br><br> v. <br><br> YAKIMA COUNTY; SHERIFF ROBERT UDELL; and DEPUTY J. HINZE, <br><br> Defendants. | No. 1:23-CV-03041-SAB <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

Before the Court is Defendants' Motion to Dismiss, ECF No. 6. Plaintiff is represented by Douglas K. Garrison. Defendants are represented by Amanda C. Bley and Matthew Sonneby.

Defendants move the Court to dismiss Defendant Yakima County Sheriff's Office and Defendant County's "Agents, Employees, and Deputies" with prejudice. Defendant also move to dismiss Plaintiff's state constitutional law claim against all Defendants.

Having reviewed the parties' briefing and applicable law, the Court grants Defendants' Motion to Dismiss.

Subdivisions of local governments are not legal entities capable of being sued. *Bradford v. City of Seattle*, 557 F.Supp.2d 1189, 1207 (W.D. Wash. 2008). A

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** # 1

County's "Agents, Employees, and Deputies" are synonymous with the County itself. Similarly, and barring an unusual circumstance, "Doe pleading" is not permitted in the Ninth Circuit. *Craig v. United States*, 413 F.2d 854, 856 (9th Cir. 1969; *see also* General Orders 84-37, 13-37-1. Here, Yakima County Sheriff's Office and its "Agencies, Employees, and Deputies" are not legal entities capable of being sued and Plaintiff had ample time (18-months) to investigate potential "John Doe" defendants. Therefore, Yakima County Sheriff's Office and its "Agents, Employees, and Deputies" are dismissed with prejudice.

Washington law contains no counterpart to 42 U.S.C. § 1983, and Washington courts reject "invitations to establish a cause of action for damages based upon [Washington State] constitutional violations 'without the aid of augmentative legislation.'" *Blinka v. Wash. State Bar Ass'n.*, 36 P.3d 1094, 1102 (Wash. Ct. App. 2001) (quoting *Svs. Amusement, Inc. v. State*, 500 P.2d 1253, 1254 (Wash. Ct. App. 1972). Therefore, Plaintiff's claims for violating state-law constitutional rights are also dismissed with prejudice.

//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS # 2**

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Motion to Dismiss, ECF No. 6, is **GRANTED**.

2. All claims against Defendants Yakima County Sheriff's Office and unidentified "Agents, Employees, and Deputies" are **dismissed with prejudice**.

3. Plaintiff's Washington State Constitution Article 1 Section 7 cause of action is **dismissed with prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, update the caption, and to provide copies to counsel.

**DATED** this 6th day of June 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** # 3